

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

February 17, 2023

**By E-Mail**

The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**Re:**   *United States v. Anthony K. Jacobs*, **23 Mag. 1260**

Dear Judge Davison:

In light of the arrest of the defendant this morning in the above-referenced case, the Government respectfully requests that the complaint be unsealed.

So Ordered 2/17/23

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Timothy Ly
Assistant United States Attorney
(914) 993-1910